IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 07-cv-02691-BNB

TYRONE V. DANIELS (McDANIELS),

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONER, Las Animas,
SHERIFF GERRY H. OYEN, Bent County Jail, Las Animas, and
NURSE KAREN DONKLE,

    Defendants.

_____

## ORDER GRANTING 28 U.S.C. § 1915 MOTION

_____

Plaintiff, Tyrone V. Daniels, currently is a prisoner in the custody of the Colorado Department of Corrections (DOC) at the Denver Reception and Diagnostic Center in Denver, Colorado. Mr. Daniels initiated this action by filing *pro se* a Prisoner Complaint and a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. In an order filed on December 27, 2007, Mr. Daniels was directed to submit to the court a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. On January 23, 2008, Mr. Daniels filed a "Motion for Issuance for Court Ordered Trust Account Certify and Notice of Change of Address of Above Plaintiff." Mr. Daniels alleges in the motion that he was unable to obtain a certified copy of his inmate trust fund account statement while he was confined at the Bent County Jail and that he no longer is confined at that facility because he has been convicted and sentenced to prison and transferred to a DOC facility.

The motion seeking leave to proceed *in forma pauperis* will be granted. Based on the information Mr. Daniels has provided about his financial status, the court finds that he is unable to pay an initial partial filing fee pursuant to § 1915(b)(1). The "Motion for Issuance for Court Ordered Trust Account Certify and Notice of Change of Address of Above Plaintiff" will be denied as moot.

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid. However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee." 28 U.S.C. § 1915(b)(4).

Mr. Daniels may proceed in this action without payment of an initial partial filing fee. However, although he need not pay an initial partial filing fee, Mr. Daniels remains obligated to pay the required $350.00 filing fee through monthly installments as directed in this order. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is granted. It is

FURTHER ORDERED that Mr. Daniels may proceed in this action without payment of an initial partial filing fee. Mr. Daniels remains obligated to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. It is

FURTHER ORDERED that, until the $350.00 filing fee is paid in full, Mr. Daniels shall make monthly payments to the court of twenty (20) percent of the preceding month's income credited to his account or show cause why he has no assets and no means by which to make each monthly payment. Mr. Daniels is directed to make the necessary arrangements to have the monthly payments identified by the civil action number on this order. In order to show cause, Mr. Daniels must file a current certified copy of his trust fund account statement. It is

FURTHER ORDERED that if Mr. Daniels fails to have the appropriate monthly payment sent to the clerk of the court each month or to show cause each month as directed above why he has no assets and no means by which to make the monthly payment, the complaint may be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that process shall not issue until further order of the court. It is

FURTHER ORDERED that the "Motion for Issuance for Court Ordered Trust Account Certify and Notice of Change of Address of Above Plaintiff" filed on January 23, 2008, is denied as moot.

DATED January 25, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02691-BNB

Tyrone V. Daniels (McDaniels)
Prisoner No. 11100
DRDC - 1-B-206
PO Box 392004
Denver, CO 80239-8004

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By
       Deputy Clerk