IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02691-BNB

TYRONE V. DANIELS (McDANIELS),

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONER, Las Animas,
SHERIFF GERRY H. OYEN, Bent County Jail, Las Animas, and
NURSE KAREN DONKLE,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 8 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

---

Plaintiff, Tyrone V. Daniels, has filed *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. The court must construe the complaint liberally because Mr. Daniels is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Daniels will be ordered to file an amended complaint.

The court has reviewed the complaint filed by Mr. Daniels and finds that it is deficient. Mr. Daniels asserts three claims for relief contending that he was denied adequate medical treatment for a back injury he suffered after slipping in the shower. Mr. Daniels specifically alleges that he was denied adequate medical treatment by Defendant Nurse Karen Donkle and that Defendant Sheriff Gerry H. Oyen was aware of

his injury and failed to take any action to ensure that Mr. Daniels received adequate medical treatment. However, Mr. Daniels fails to assert any claim against the Defendant he identifies as Board of County Commissioner, which the court assumes is a reference to the Board of County Commissioners of Bent County. As a result, it is not clear why the Board of County Commissioners of Bent County is being named as a Defendant in this action. In order for Mr. Daniels to state a claim in federal court, his "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Therefore, Mr. Daniels will be ordered to file an amended complaint that specifies the claim or claims he is asserting against the Board of County Commissioners if he wishes to pursue any claims against that Defendant in this action. Mr. Daniels is advised that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). Therefore, Mr. Daniels should name as Defendants the persons he believes actually violated his constitutional rights. Mr. Daniels also is advised that it is his responsibility to present his claims in a manageable format that allows the court and the Defendants to know what claims are being asserted and to be able to respond to those claims. Accordingly, it is

ORDERED that Mr. Daniels file **within thirty (30) days from the date of this order** an original and sufficient copies of an amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Daniels, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Daniels fails to file an original and sufficient copies of an amended complaint that complies with this order to the court's satisfaction within the time allowed, the action will be dismissed without further notice.

DATED January 28, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02691-BNB

Tyrone V. Daniels (McDaniels)
Prisoner No. 11100
DRDC - 1-B-206
PO Box 392004
Denver, CO 80239-8004

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on  1/28/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk