IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02691-BNB

TYRONE McDANIEL, a.k.a. TYRONE V. DANIELS,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONER, Las Animas,
SHERIFF GERRY H. OYEN, Bent County Jail, Las Animas, and
NURSE KAREN DONKLE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 24 2008

GREGORY C. LANGHAM
                CLERK

---

ORDER TO DISMISS IN PART AND TO DRAW CASE
TO A DISTRICT JUDGE AND TO A MAGISTRATE JUDGE

---

Plaintiff is a prisoner in the custody of the Colorado Department of Corrections at the Fremont Correctional Facility at Cañon City, Colorado. Plaintiff initiated this action by filing *pro se* a Prisoner Complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On January 28, 2008, Magistrate Judge Boyd N. Boland ordered Plaintiff to file an amended complaint that clarifies the claim or claims he is asserting against the Defendant he identifies as Board of County Commissioners, Las Animas.

On April 2, 2008, Plaintiff filed a "Motion Amending Complaint as Ordered and Account Statement of Plaintiff" in which he apparently seeks to amend his name in the caption of the complaint to Tyrone McDaniel, a.k.a. Tyrone V. Daniels. That motion will be granted to the extent Plaintiff seeks to amend his name in the caption of the complaint. Plaintiff does not assert in his "Motion Amending Complaint as Ordered and

Account Statement of Plaintiff" any claims against Defendant Board of County Commissioners, Las Animas. Plaintiff also filed on April 2, 2008, a "Motion Seeking Leave to File Supplemental Amended Complaint Pursuant to F.R.C.P. Rule 15." Plaintiff does not assert in his "Motion Seeking Leave to File Supplemental Amended Complaint Pursuant to F.R.C.P. Rule 15" any claims against Defendant Board of County Commissioners, Las Animas, and he has not tendered to the Court a supplemental amended complaint. Therefore, the "Motion Seeking Leave to File Supplemental Amended Complaint Pursuant to F.R.C.P. Rule 15" will be denied.

Pursuant to 28 U.S.C. § 1915A, the Court is required to review the complaint because Plaintiff is a prisoner and he is seeking redress from an officer or employee of a governmental entity. The Court must construe the complaint liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). If the complaint reasonably can be read "to state a valid claim on which the plaintiff could prevail, [the Court] should do so despite the plaintiff's failure to cite proper legal authority, his confusion of various legal theories, his poor syntax and sentence construction, or his unfamiliarity with pleading requirements." *Hall*, 935 F.2d at 1110. However, the Court should not be an advocate for a *pro se* litigant. *See id.*

Plaintiff asserts three claims for relief in his complaint contending that he was denied adequate medical treatment for a back injury he suffered after slipping in the shower at the Bent County Jail. Plaintiff specifically alleges that he was denied adequate medical treatment by Defendant Nurse Karen Donkle and that Defendant

2

Sheriff Gerry H. Oyen was aware of his injury and failed to take any action to ensure that Plaintiff received adequate medical treatment. Plaintiff does not assert any claim against the Defendant Board of County Commissioner, Las Animas, in the complaint. Plaintiff also fails to assert any claim against Defendant Board of County Commissioners, Las Animas, in response to Magistrate Judge Boland's January 28 order directing him to file an amended complaint to clarify the claim or claims being asserted against Defendant Board of County Commissioners, Las Animas. Plaintiff was advised by Magistrate Judge Boland that, in order to state a claim in federal court, his "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007). Therefore, because Plaintiff fails to assert any claim against Defendant Board of County Commissioners, Las Animas, that Defendant will be dismissed as a party to this action. The Court will not address at this time the merits of Plaintiff's claims against Defendants Donkle and Oyen. Instead, this action will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that Plaintiff's "Motion Amending Complaint as Ordered and Account Statement of Plaintiff" filed on April 2, 2008, is granted to the extent Plaintiff seeks to amend his name in the caption of the complaint and denied in all other respects. It is

FURTHER ORDERED that Plaintiff's "Motion Seeking Leave to File Supplemental Amended Complaint Pursuant to F.R.C.P. Rule 15" filed on April 2, 2008, is denied. It is

FURTHER ORDERED that Defendant Board of County Commissioners, Las Animas, is dismissed as a party to this action. It is

FURTHER ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 24 day of April, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02691-BNB

Tyrone V. Daniels (McDaniels)
Prisoner No. 80706
Fremont Correctional Facility
PO Box 999
Cañon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 1/24/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk