IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02691-REB-MEH

TYRONE MCDANIEL, a/k/a Tyrone V. Daniels,

    Plaintiff,

v.

GERRY N. OYEN, Sheriff, Bent County Jail, Las Animas, and
KAREN DONKLE, Nurse,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2008.**

    Pending before the Court is Plaintiff's Motion titled "Motion to Reserve to File Amended Complaint Pursuant to F.R.Civ.P. (sic) Seeking Review under 'Piecemeal Litigation and Uniform Commercial Codes'" [filed October 10, 2008; docket #46]. The Court construes Plaintiff's Motion as a Motion for Clarification. The Court must construe a pro se document liberally, however it is not "the proper function of the district court to assume the role of advocate for the pro se litigant." *Peterson v. Shanks*, 149 F.3d 1140, 1143 (10th Cir. 1998) (citing *Dunn v. White*, 880 F.2d 1188, 1197 (10th Cir. 1989)). The Court may clarify court procedure for any party, therefore Plaintiff's Motion is **granted** as specified herein.

    Per this Court's order issued April 24, 2008 [docket #16], Plaintiff's request to file an Amended Complaint at that time was denied, therefore the controlling pleading is the initial Complaint Plaintiff filed on December 27, 2007 [docket #3]. Plaintiff may request the Court's leave to file an Amended Complaint pursuant to Fed. R. Civ. P. 15(a). If Plaintiff submits such request, Plaintiff shall also submit a Proposed Amended Complaint for the Court's consideration.

    To respond to Plaintiff's request for this Court to "review the matter under the piecemeal litigation and uniform commercial codes," the Court acknowledges Plaintiff's request and will apply law relevant to the matters at hand within the bounds of the Court's authority and discretion.