## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Case No. 07-cv-02691-REB-MEH

TYRONE McDANIEL,
   a/k/a TRYRONE V. DANIELS,

    Plaintiffs,

v.

SHERIFF GERRY H. OYEN, Bent County Jail, Las Animas, and
NURSE KAREN DONKLE,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the following matters: (1) plaintiff's **Motion For Preliminary Injunction and Injuntive** [*sic*] **Relief** [#54], filed December 17, 2008; (2) the **Recommendation on Plaintiff's Motion For Preliminary Injunction and Injunctive Relief** [#64], filed January 5, 2009; and (3) **Plaintiff's Response to Recommendation on the Plaintiffs Motion for Preliminary Injunction and for Injunctive Relief** [#68], filed January 21, 2009. After reviewing the motions and the file, the court has concluded that the plaintiff's request to withdraw his motion for preliminary injunction, as stated in his response to the recommendation, should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That plaintiff's request to withdraw his motion for preliminary injunction, as stated in the **Plaintiff's Response to Recommendation on the Plaintiffs Motion for Preliminary Injunction and for Injunctive Relief** [#68], filed January 21, 2009, is **GRANTED**;

    2. That plaintiff's **Motion For Preliminary Injunction and Injuntive** [*sic*] **Relief** [#54], filed December 17, 2008, is **WITHDRAWN**; and

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

3. That the **Recommendation on Plaintiff's Motion For Preliminary Injunction and Injunctive Relief** [#64], filed January 5, 2009, shall be deemed moot.

Dated: January 22, 2009