**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-02691-REB-MEH

TYRONE MCDANIEL, a/k/a Tyrone V. Daniels,

    Plaintiff,

v.

GERRY N. OYEN, Sheriff, Bent County Jail, Las Animas, and
KAREN DONKLE, Nurse,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matter before me is the **Recommendation on Cross Motions for Summary Judgment** [#111] filed May 15, 2009. No objections having been filed to the recommendation, I review it only for plain error. **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error, let alone plain error, in the magistrate judge's recommended disposition, I find and conclude that the recommendation, which is factually and legally circumstantiated, should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Cross Motions for Summary Judgment** [#111] filed May 15, 2009, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiff is proceeding *pro* se in this matter. **Morales-Fernandez**, 418 F.3d at 1122.

2. That **Defendants' Motion for Summary Judgment** [#83] filed March 5, 2009, is **GRANTED**;

3. That **Plaintiffs' Motion for Summary Judgment** [#105], filed April 15, 2009, is **DENIED**;

4. That plaintiff's claims against defendants are **DISMISSED WITH PREJUDICE**;

5. That judgment **SHALL ENTER** on behalf of defendants, Gerry N. Oyen, Sheriff, Bent County Jail, Las Animas, and Karen Donkle, Nurse, against plaintiff, Tyrone McDaniel, a/k/a Tyrone V. Daniels, on all claims for relief and causes of action; and

6. That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated June 23, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge